**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KEITH STILL,** | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 09-00652-WS-B |
| **WARDEN KENNETH JONES,** | : | |
| Respondent. | : | |

## **JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby **DISMISSED** with prejudice and that Petitioner is not entitled to a certificate of appealability.

**DONE** this 10th day of May, 2010.

                                         s/WILLIAM H. STEELE
                                         CHIEF UNITED STATES DISTRICT JUDGE